IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVIER RAIGOZA,

    Plaintiff,                    No. CIV S-04-1208 GEB KJM

    vs.

ARAMARK CORPORATION, et al.,

    Defendants.           ORDER

_____/

        Defendants' motion for extension of the deposition limit came on regularly for hearing July 20, 2005. Randy Andrus appeared for plaintiff. Mona Badani appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Defendants' motion is granted in part. Depositions noticed by defendants shall be limited to a total of seventy hours, subject to good faith scheduling by the parties.

        2. The court finds, taking into account all the circumstances relating to defendants' motion, an award of expenses under Federal Rule of Civil Procedure 37 would be

/////

/////

1 unjust; the request for expenses accordingly is denied.

2 DATED: July 20, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006 raigoza.oah

2