IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVIER RAIGOZA,

        Plaintiff,                     No. CIV S-04-1208 GEB KJM

    vs.

ARAMARK CORPORATION, et al.,

        Defendants.          <u>ORDER</u>

                                /

        Defendants' motion to compel deposition of plaintiff came on shortened time for hearing on July 29, 2005. Randy Andrus appeared telephonically for plaintiff. Mona Badani appeared telephonically for defendants. Upon review of the documents in support and opposition, upon hearing from counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The deposition of plaintiff shall be taken on August 4, 2005 in the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California commencing at 9:30 a.m.; counsel and the deponent shall report beforehand to Courtroom No. 26 on Eighth Floor. Plaintiff shall not attend the deposition of any other deponent prior to the completion of plaintiff's deposition.

        2. Other depositions previously noticed by defendants shall take place on August 2, 3, 5, 8, 11, 15, 16, 17, 18, 23 and 26, subject to the limit of a total of 70 hours previously set

by the court, with the exact dates to be determined by counsel based on the availability of the deponents. No right of priority in scheduling the depositions exists based on the date of their notice. Depositions shall be coordinated so that deponents in similar locales will be deposed on the same day or consecutive days. Ms. Badani shall be the sole contact for defendants for the purpose of setting a schedule for the depositions.

DATED: July 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006 raigoza2.oah