IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVIER RAIGOZA,

     Plaintiff,                        No. CIV S-04-1208 GEB KJM

     vs.

ARAMARK CORPORATION, et al.,

     Defendants.             <u>ORDER</u>

                                /

        The undersigned conducted a telephonic conference with counsel on August 18, 2005. Defendants have filed a letter brief addressing issues not discussed at the August 18, 2005 conference. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff may file a letter brief, limited to two pages, addressing the issues pertaining to depositions raised by defendants' letter brief.

        2. The matter thereafter will stand submitted. The hearing date of August 24, 2005 is vacated.

DATED: August 22, 2005.

                                                            UNITED STATES MAGISTRATE JUDGE

006 raigoza.sub

1