IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVIER RAIGOZA,

    Plaintiff,        No. CIV S-04-1208 GEB KJM

    vs.

ARAMARK CORPORATION, et al.,

    Defendants.        <u>ORDER</u>

_____/

        The undersigned conducted a telephonic conference with counsel on August 18, 2005. Plaintiff now has filed a letter brief addressing issues identified by his counsel at the August 18, 2005 conference, but not previously raised or resolved by noticed motion. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants may file a letter brief, limited to two pages, addressing the issues raised by plaintiff's letter brief.

        2. The matter will thereafter stand submitted. The hearing date of August 24, 2005 is vacated.

DATED: August 23, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006 raigoza.sub

1