1  RANDY ANDRUS, State Bar No. 116745
   ANDRUS & ASSOCIATES
2  620 Coolidge Drive, Suite 165
   Folsom, California 95630
3  Telephone: (916) 608-9090
4
   Attorney for Plaintiff
5  JAVIER RAIGOZA

6  CECILY WATERMAN, State Bar No. 63502
   ERIC MECKLEY, State Bar No. 168181
7  MONA BADANI, State Bar No. 227389
   MORGAN, LEWIS & BOCKIUS LLP
8  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
9  Tel: 415.442.1000
   Fax: 415.442.1001
10
   Attorneys for Defendants
11 ARAMARK Uniform & Career Apparel, Inc.,
   ARAMARK Corporation; ARAMARK UNIFORM
12 AND CAREER APPAREL GROUP, INC.;
   MICHAEL BRODEUR; BILL VERVALIN; KERM
13 HANSEN; JACOB VERVALIN

14                UNITED STATES DISTRICT COURT
15                EASTERN DISTRICT OF CALIFORNIA
16                     SACRAMENTO DIVISION
17

18 JAVIER RAIGOZA,                       Case No. CIV.S-04-1208 GEB KM
19              Plaintiff,               **STIPULATION AND STATEMENT OF
                                         GOOD CAUSE FOR CONTINUANCE OF
20       vs.                             PRETRIAL CONFERENCE AND
                                         SUBMISSION OF JOINT PRETRIAL
21 ARAMARK CORPORATION;                  STATEMENT**
   ARAMARK UNIFORM AND CAREER
22 APPAREL, INC.; ARAMARK
   UNIFORM AND CAREER APPAREL
23 GROUP, INC.; MICHAEL BRODEUR;
   BILL VERVALIN; KERM HANSEN;
24 JACOB VERVALIN

25              Defendants.

26

27       WHEREAS Plaintiff Javier Raigoza ("Plaintiff") and Defendants Aramark Corporation,

28 Aramark Uniform and Career Apparel, Inc., Aramark Uniform and Career Apparel Group, Inc.,

1-SF/7289718.1                              1                       CIV.S-04-1208 GEB KJM
STIPULATION AND STATEMENT OF GOOD CAUSE FOR CONTINUANCE OF PRETRIAL
CONFERENCE AND SUBMISSION OF JOINT PRETRIAL STATEMENT

[FILED NOV 3 0 2005, CLERK U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA]

1  Michael Brodeur, Bill Vervalin, Jacob Vervalin and Kerm Hansen ("Defendants") (together as
2  the "Parties") hereby STIPULATE AND AGREE, pursuant to Local Rule 83-141, as follows:

3      A.    Defendants filed a Motion for Summary Judgment (the "Motion") which was
4  scheduled for hearing on October 24, 2005. The Court has taken Defendants' Motion under
5  submission, and the Parties are awaiting a ruling on the Motion.

6      B.    Pursuant to the Court's November 5, 2004 Status (Pretrial Scheduling) Order, the
7  final Pretrial Conference in this case is scheduled for Monday, December 12, 2005. Pursuant to
8  the Court's Order, the Parties must submit their Joint Pretrial Statement, and related documents,
9  to the Court no later than Monday, December 5, 2005. The deadline for submission of the Joint
10 Pretrial Statement and related documents is, as of the filing of this Stipulation, only six (6)
11 business days away.

12     C.    The Parties jointly desire to continue the dates for the submission of their Joint
13 Pretrial Statement and the final Pretrial Conference to dates which are at least 2 and 3 weeks,
14 respectively, *after* the issuance of the Court's ruling on Defendants' Motion.

15     D.    Good cause exists in this case for this continuance based upon the following: The
16 Court's ruling on Defendants' Motion will determine the factual and legal issues, if any, to be
17 addressed in the Joint Pretrial Statement. The Parties will need to devote a significant amount of
18 time and expense to prepare the Joint Pretrial Statement and the related materials which must be
19 submitted. If the Court's ruling on Defendants' Motion does not dispose of the entire case, the
20 Parties have only 6 or less business days before the date on which the Joint Pretrial Statement and
21 related documents must be submitted. Prior to issuance of the Court's ruling on Defendants'
22 Motion, the Parties wish to avoid unnecessary expense associated with preparing the Joint Pretrial
23 Statement. Even if the Court were to issue its ruling on the Motion within the next day or so, the
24 remaining time is insufficient to prepare the Joint Pretrial Statement and related submissions.

25     E.    Continuance of the final Pretrial Conference will serve the interests of all Parties in
26 the litigation and not otherwise affect the Court's established schedule in this case or the affect
27 the March 26, 2005 trial date.

28     F.    Neither of the Parties' counsel is available on Monday, December 26, 2005 or

1 | Monday, January 3, 2006 because of the holidays and therefore request that these deadlines be
2 | continued to dates other than these.
3 |
4 | Dated: November 21, 2005                    RANDY ANDRUS
5 |                                             By _____
6 |                                             Attorneys for Plaintiff
7 |
8 |
9 | Dated: November 22, 2005                    MORGAN, LEWIS & BOCKIUS LLP
10|                                             By _____
11|                                             Eric Meckley
                                                Attorneys for Defendants
12|
13|                              **ORDER**
14| Based upon the above stipulation and for good cause appearing, this Court hereby
15| modifies the Status (Pretrial Scheduling) Order in this matter in the following respect: The final
16| Pretrial Conference will be held on Jan. 9, 2006, at 2:30 p and the Joint Pretrial
17| Statement will be due on Jan. 3, 2006                      .
18| IT IS SO ORDERED:
19| Dated: 11/30      , 2005
20|                                             Hon. Garland E. Burrell, Jr.
                                                United States District Judge
21|
...
28|
1-SF/7289718.1                                3                    CIV.S-04-1208 GEB KJM
STIPULATION AND STATEMENT OF GOOD CAUSE FOR CONTINUANCE OF PRETRIAL
CONFERENCE AND SUBMISSION OF JOINT PRETRIAL STATEMENT