IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER RAIGOZA,<br><br>        Plaintiff,<br><br>        v.<br><br>ARAMARK CORPORATION; ARAMARK UNIFORM AND CAREER APPAREL GROUP, INC.; MICHAEL BRODEUR; BILL VERVALIN; KERM HANSEN; JACOB VERVALIN,<br><br>        Defendants. | 2:04-cv-1208-GEB-KJM<br><br>ORDER |

        Since this action settled on February 22, 2006, the trial scheduled to commence on March 28, 2006, is vacated. However, the Order to Show Cause hearing scheduled to commence at 3:30 p.m. on March 20, 2006, remains unchanged.

        IT IS SO ORDERED.

Dated:  March 1, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

1