1  Randy M. Andrus, State Bar No. 116745
   **ANDRUS AND ASSOCIATES**
2  620 Coolidge Drive, Suite 165
   Folsom, CA 95630
3  Telephone: (916) 608-9090

4

5  Attorney for Plaintiff
   **JAVIER RAIGOZA**

6

   **CECILY WATERMAN, State Bar No. 63502**
7  **ERIC MECKLEY, State Bar No. 168181**
   **MONA BADANI, State Bar No. 227389**
8  **MORGAN, LEWIS & BOCKIUS LLP**
   One Market, Spear Street Tower
9  San Francisco, CA 94105-1126
   Tel: 415.442.1000
10 Fax: 415.442.1001

11
   Attorneys for Defendants
12 **ARAMARK Uniform & Career Apparel, Inc.**
   **ARAMARK Corporation; ARAMARK UNIFORM**
13 **AND CAREER APPAREL GROUP, INC.;**
   **BILL VERVALIN**
14

15                UNITED STATES DISTRICT COURT

16                EASTERN DISTRICT OF CALIFORNIA

17

18 **JAVIER RAIGOZA,**                )   CASE NO. CIV. S-04-1208 GEB KJM
        Plaintiff,                    )
19                                    )   STIPULATION OF VOLUNTARY
   v.                                 )   DISMISSAL WITH PREJUDICE;
20                                    )   ORDER
   **ARAMARK CORPORATION; ARAMARK**   )
21 **UNIFORM AND CAREER APPAREL, INC.;** )
   **ARAMARK UNIFORM AND CAREER**     )
22 **APPAREL GROUP, INC.; BILL VERVALIN** )
        Defendants.                   )
23 _____)

24

25           TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS:

26           Pursuant to *Federal Rules Of Civil Procedure*, Rule 41(a)(1)(ii), Plaintiff, by and through his

27 attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate and agree

28 that the above-captioned action be **voluntarily dismissed with prejudice**.

| | |
|---|---|
| 1 | Notwithstanding the foregoing, it is understood and agreed by the parties that Magistrate Judge Kimberly Mueller will retain jurisdiction to enforce certain limited provisions of the parties' agreement resolving this action. |

IT IS SO STIPULATED.

DATED: 3/14, 2006        ANDRUS & ASSOCIATES

BY: /s/ Randy M. Andrus
RANDY M. ANDRUS
Attorney for Plaintiff
JAVIER RAIGOZA

DATED: 4/20, 2006        MORGAN, LEWIS, & BOCKIUS LLP

BY: /s/ Eric Meckley
ERIC MECKLEY
Attorney for Defendants
ARAMARK CORPORATION; ARAMARK UNIFORM AND CAREER APPAREL, INC.; ARAMARK UNIFORM AND CAREER APPAREL GROUP, INC.; BILL VERVALIN

**ORDER**

IT IS SO ORDERED.

DATED: _____

_____
Hon. Garland E. Burrell, Jr.
JUDGE OF THE UNITED STATES DISTRICT COURT